FILED
DEC 19 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. 1:08-CR-00245 LJO |
| ) | 1:08-CR-00341 LJO |
| vs. ) | |
| ) | ORDER OF RELEASE |
| RUBEN ECHEVERRIA, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on December 19, 2011, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: December 19, 2011

LAWRENCE J. O'NEILL
U.S. District Judge

1